# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY T. CASTRO,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. SA CV 15-00356 AFM<br><br>**JUDGMENT** |

     In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed concurrently herewith,

     IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Order.

DATED: April 25, 2016

                                                 _____
                                           ALEXANDER F. MacKINNON
                                       UNITED STATES MAGISTRATE JUDGE